UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                               NOTICE OF APPEARANCE

                                              07 Cr. 309 (LAK)

ALVIN LU,
                      Defendant.
-------------------------------------------------------


       I, LISA SCOLARI hereby appear as retained counsel on behalf of defendant ALVIN LU  in  this matter.

       I was admitted to practice in the Southern  District of New York in March, 1987.


Dated: April 19, 2007

                                                          _____
                                                           LISA SCOLARI, ESQ.
                                                           20 Vesey Street- Suite 400
                                                           New York, N.Y. 10007
                                                           (212) 227-8899
                                                           Fax (212) 964-2926
                                                            Lscolarilaw@earthlink.net