**MEMO ENDORSED**

LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                               FAX 212-964-2926

April 28, 2008

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   United States v. Alvin Lu and Long Yi Wang
             07 Cr. 309 (TPG)

Your Honor :

    I represent Alvin Lu and write on behalf of all parties to request an adjournment of the conference in the above captioned case. Wilson Leung, Esq., who was assigned to the case has left the United States Attorney's Office. Defense counsel and the current assistant, Jonathan New, Esq., need time to discuss issues such as discovery and potential dispositions.

    Both counsel for Long Yi Wang, Anthony Collelouri, Esq., and I consent to excluding speedy trial time on behalf of our clients who are at liberty on this case. Jonathan New, Esq. consents to this application. Therefore, we request that the Court adjourn the conference to ~~a date during the week of June 30, 2008.~~

    May 28, 2008 @ 10:30 A.M.

Very truly yours,

Lisa Scolari

SO ORDERED:

_Thomas P. Griesa_ 4/30/08
THOMAS P. GRIESA

cc:   Anthony Collelouri, Esq.
       Jonathan New, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08